## SWIFT & CO. v. J. B. JEFFREY & SON.
### (No. 1467.)

(Court of Civil Appeals of Texas. El Paso. April 19, 1923.)

1. Appeal and error ⬅⇒569(2)—Statement of facts not signed by appellees or their counsel nor approved by trial court not considered.

A statement of facts not signed by appellees or their counsel, nor approved by the trial court, cannot be considered.

2. Appeal and error ⬅⇒907(3)—Evidence presumed to support judgment in absence of statement of facts.

In the absence of a statement of facts, it must be presumed that the evidence supported the judgment.

Appeal from Comanche County Court; F. J. Reese, Judge.

Proceeding between Swift & Co. and J. B. Jeffrey & Son. Judgment for the latter, and the former appeals. Affirmed.

Y. W. Holmes, of Comanche, for appellant.
R. F. B. Logan, of De Leon, for appellees.

HIGGINS, J. There is but one assignment, which is to the effect that the judgment is contrary to the undisputed evidence.

[1] There is copied into the transcript what purports to be a statement of facts signed by counsel for appellant, but it is not signed by appellees nor their counsel; neither is it approved by the trial court. This so-called statement of facts cannot be considered. Texas, etc., v. Gonzales (Tex. Civ. App.) 211 S. W. 347; Scaling v. Collins (Tex. Civ. App.) 214 S. W. 624.

[2] In the absence of a statement of facts, is must be presumed that the evidence supported the judgment.

Affirmed.